IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:11CR54 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JONATHAN TOLBERT, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE ORAL MOTION OF THE DEFENDANT,

IT IS ORDERED that the Change of Plea hearing is continued to **August 18, 2011** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **July 15, 2011** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

No further continuances will be granted, absent unusual circumstances.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 15th day of July, 2011.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge